ACCEPTED
15-25-00023-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/10/2025 2:29 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00023-CV

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/10/2025 2:29:13 PM
CHRISTOPHER A. PRINE
Clerk

*State of Texas*,

**Appellant,**

**v.**

*Nonparty Patient No. 1, Nonparty Patient No. 2, Nonparty Patient No. 3,*
*Nonparty Patient No. 4, Nonparty Patient No. 5, Nonparty Patient No. 6,*
*Nonparty Patient No. 7, Nonparty Patient No. 8, Nonparty Patient No. 9,*
*Nonparty Patient No. 10, and Nonparty Patient No. 11*,

**Appellees.**

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Cause No. DC-25-01823, The Honorable Monica McCoy Purdy presiding

**NOTICE OF APPEARANCE FOR APPELLEES**

**TO THE HONORABLE COURT OF APPEALS:**

We have been retained to serve as counsel for the Appellees, Nonparty Patient

Nos. 1 through 11, in this case. Please designate us as counsel for the eleven

Appellees:

| | |
|---|---|
| **Jervonne D. Newsome** (co-lead counsel) | **William M. Logan** (co-lead counsel) |
| Texas Bar No. 24094869 | Texas Bar No. 24106214 |
| jnewsome@winston.com | wlogan@winston.com |
| **Thanh D. Nguyen** | **Evan D. Lewis** |
| Texas Bar No. 24126931 | edlewis@winston.com |
| tdnguyen@winston.com | Texas Bar No. 24116670 |
| WINSTON & STRAWN LLP | **Olivia A. Wogon** |

1

2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

Texas Bar No. 24137299
owogon@winston.com
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

Dated: March 10, 2025

Respectfully submitted,

**WINSTON & STRAWN LLP**

*/s/ Jervonne D. Newsome*
**Jervonne D. Newsome**
Texas Bar No. 24094869
jnewsome@winston.com
**Thanh D. Nguyen**
Texas Bar No. 24126931
tdnguyen@winston.com
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

**William M. Logan**
Texas Bar No. 24106214
wlogan@winston.com
**Evan D. Lewis**
Texas Bar No. 24116670
edlewis@winston.com
**Olivia A. Wogon**
Texas Bar No. 24137299
owogon@winston.com
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

**COUNSEL FOR
NONPARTY PATIENTS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, an electronic copy of this notice was served on all counsel of record through the Court's e-filing system.

/s/ *William M. Logan*
William M. Logan

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of Jervonne Newsome
Bar No. 24094869
LFowler@winston.com
Envelope ID: 98267923
Filing Code Description: Other Document
Filing Description: NOTICE OF APPEARANCE FOR APPELLEES
Status as of 3/10/2025 2:49 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David G. Shatto | | david.shatto@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| Christopher Molak | | christopher.molak@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |

Associated Case Party: Nonparty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Logan | 24106214 | wlogan@winston.com | 3/10/2025 2:29:13 PM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 3/10/2025 2:29:13 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 3/10/2025 2:29:13 PM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 3/10/2025 2:29:13 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 3/10/2025 2:29:13 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Walsh | 791874 | dwalsh@katxlaw.com | 3/10/2025 2:29:13 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| David Phillips | | DPhillips@winston.com | 3/10/2025 2:29:13 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of Jervonne Newsome
Bar No. 24094869
LFowler@winston.com
Envelope ID: 98267923
Filing Code Description: Other Document
Filing Description: NOTICE OF APPEARANCE FOR APPELLEES
Status as of 3/10/2025 2:49 PM CST

Case Contacts

| David Phillips | | DPhillips@winston.com | 3/10/2025 2:29:13 PM | SENT |
|---|---|---|---|---|
| Emily Samuels | | emily.samuels@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 3/10/2025 2:29:13 PM | SENT |
| Jamie Vargo | | JVargo@winston.com | 3/10/2025 2:29:13 PM | SENT |
| Houston Docket | | ecf_houston@winston.com | 3/10/2025 2:29:13 PM | SENT |